No. 74–630. HASKINS *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 74–633. QUINONES *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 74–698. DIXON *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 74–733. GRAVES ET AL. *v.* LYNN, SECRETARY, DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT, ET AL. C. A. 8th Cir. Certiorari denied.

No. 74–740. THIERRY *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 74–755. CARVER *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 74–774. HARTEN ET UX. *v.* COONS ET AL. C. A. 10th Cir. Certiorari denied.

No. 74–787. WILLIS *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 74–816. CARR STALEY, INC. *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 74–819. PITTMAN *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 74–835. NIENDORFF *v.* WILLIAMS, KING COUNTY TREASURER, ET AL. Ct. App. Wash. Certiorari denied.

No. 74–839. LOUISIANA & ARKANSAS RAILWAY CO. ET AL. *v.* GOSLIN, SHERIFF, ET AL. Sup. Ct. La. Certiorari denied.